## SECKERSON v. SINCLAIR.

(140 N. W. 239.)

Opinion filed November 20, 1912.  Rehearing denied January 7, 1913.

Motions by respondent to dismiss the appeal and also to vacate an order made by a judge of this court permitting a supersedeas undertaking on appeal to be given.

First motion denied and second motion granted.

*Carr & Kneeland* and *S. E. Ellsworth,* for respondent.

*Knauf & Knauf,* for appellant.

PER CURIAM.  The motions in the case at bar present the same questions that were just decided by us in the case of Burger v. Sinclair [next case] 140 N. W. 235, and the decision in that case controls this. The same order will accordingly be made herein, with the exception that no costs are allowed.

Goss, J., being disqualified, did not participate.